47347. RUSS TOGS, INC. v. GORDON et al.

BELL, Chief Judge. Under the Uniform Commercial Code, a draft drawn on a bank and payable on demand is a check. *Code Ann.* § 109A-3—104. In this garnishment in attachment proceeding the garnishee on January 15, 1971, mailed at a United States Post Office a negotiable instrument drawn on a bank payable to defendants. It was received by defendants on or before January 18, 1971; summons of garnishment was served on the garnishee on January 19, 1971. Applying the above definition from the U. C. C., the instrument was a check. Once a check has been properly mailed and delivered to the

payee, the debt represented by the check is not subject to garnishment. *Parker-Fain Grocery Co. v. Orr,* 1 Ga. App. 628 (57 SE 1074).

The grant of a summary judgment to the garnishee is

*Affirmed. Evans and Stolz, JJ., concur.*
ARGUED JULY 5, 1972—DECIDED NOVEMBER 9, 1972.

*Cotton, Katz & White, J. Timothy White,* for appellant.
*Neely, Freeman & Hawkins, Andrew J. Hamilton,* for appellees.